UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 0 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

TYRONE JULIUS,           )
                         )
            Plaintiff,   )
                         )
v.                       )   Civil Action No. 12 0026
                         )
PNC BANK,                )
                         )
            Defendant.   )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The Court will grant the application and dismiss the complaint.

Although the plaintiff manages to demand a trial without a jury and damages of $999,999,999,999.00, the complaint is completely devoid of a meaningful factual allegation. At most the complaint's purported assertions "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994).

An Order is issued separately.

DATE: 1-4-12

United States District Judge